UNITED STATES *of America,*
Plaintiff–Appellee,

v.

**Keina Latrishe YOUNG, Defendant–Appellant.**

No. 06–50577.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Becky S. Walker, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Keina Latrishe Young appeals from the district court's judgment revoking her supervised release and imposing a 60–day sentence.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Young has filed a brief stating there are no grounds for relief on direct appeal, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. The government filed

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

notification that it would not file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**